

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00469-CV

Aman J. **AGRAWALA** and Jahid S. Agrawala,
Appellants

v.

Ozair **MIRZA**, Sara Mirza, Shahla Usmani, and Sarwat S. Husain,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI24526
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: June 28, 2023

DISMISSED FOR WANT OF PROSECUTION

Aman J. Agrawala and Jahid S. Agrawala appeal "the trial court's final summary judgment, which disposes of all of the Plaintiffs' causes of action against Defendant, Sara Mirza." The clerk's record was originally due May 30, 2023, but it was not filed. On May 31, 2023, the clerk filed a notification of late record stating the clerk's record was not filed because appellants had not paid or made arrangements to pay the clerk's fee to prepare the record and appellants are not entitled to the record without paying the fee. We ordered appellants' counsel to provide written proof to this court by June 16, 2023 that appellants (1) paid the clerk's fee or arrangements satisfactory to the

clerk have been made to pay the clerk's fee; or (2) appellants are entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.2, 35.3(a). We cautioned that if such proof was not filed within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellants' counsel has not filed a response, and our clerk's office contacted the Bexar County District Clerk's Office and was advised no payment has been received.

Accordingly, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM